IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| SHAQUILLE P. CRAWLEY, | : |
| Plaintiff | : Civ. No. 21-14524 (RMB/MJS) |
| v. | : **OPINION** |
| C.O. S. BURRESS, et al., | : |
| Defendants | : |

This matter comes before the Court upon the return of legal mail on July 6, 2022, which was sent by the Clerk of Court to Plaintiff Shaquille P. Crawley at his last known address. (Docket No. 5.) The returned mail shows that Plaintiff is no longer present at Burlington County Detention Center, in Mount Holly, New Jersey.

I.   DISCUSSION

Local Civil Rule 10.1(a) provides, in relevant part:

> unrepresented parties must advise the Court of any change in their . . . address[es] within seven days of being apprised of such change by filing a notice of said change with the Clerk. Failure to file a notice of change may result in the imposition of sanctions by the Court.

Dismissing a complaint without prejudice is an appropriate remedy for noncompliance with this rule. *See Archie v. Dept. of Corr.*, Civ. No. 12-2466 (RBK/JS), 2015 WL 333299, at *1 (D.N.J. Jan. 23, 2015) (collecting cases). On August 22, 2021, Plaintiff filed a pro se prisoner civil rights complaint, which this Court dismissed as to certain defendants and allowed to proceed in part by Order dated June 27, 2022. (Opinion and Order, Docket Nos. 2, 3.) After

Plaintiff's legal mail was returned to this Court, Plaintiff has not provided the Court with a notice of his change of address.

II.     CONCLUSION

The Court will dismiss this action without prejudice pursuant to Local Civil Rule 10.1(a), subject to reopening upon good cause shown with Plaintiff's notice of his new address.

An appropriate order follows.

**Dated:  August 19, 2022**

                                          s/Renée Marie Bumb
                                          **RENÉE MARIE BUMB**
                                          **UNITED STATES DISTRICT JUDGE**